# Third District Court of Appeal

## State of Florida

Opinion filed June 29, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2293
Lower Tribunal No. F19-19038
_____

**Detrell Mark Rolle,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Detrell Mark Rolle, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.